# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>SHAWN SOBHANI,<br><br>Defendant(s) | Case No. **19 MJ02427** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 14, 2019 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assault on a Federal Officer/Employee |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

George Chapman, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/7/19

_____
*Judge's signature*

City and state: Los Angeles, California

Hon. Patrick Walsh, U.S. Magistrate Judge
*Printed name and title*

AUSA: Joseph B. Woodring, x0284

**AFFIDAVIT**

I, George Chapman, being duly sworn, declare and state as follows:

## I.  **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against Shawn Sobhani ("SOBHANI") for a violation of 18 U.S.C. § 111: Assault on a Federal Official/Employee.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. **BACKGROUND OF GEORGE CHAPMAN**

3. I am a Senior Special Agent ("SSA") for the Department of Homeland Security, Federal Protective Service ("FPS").  I have been a SSA with FPS since May 2004.  For the seven years prior to that, I was a police officer with FPS, serving two years as a Patrol Officer, two years as a Lead Police Officer, two years as a Sergeant, and one year as a Lieutenant.  As part of my official duties as an SSA, I investigate crimes against the United States that originate on U.S. government property,

including assaults. I have completed the Criminal Investigator Basic Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes. During my employment with FPS, I have written affidavits in support of and executed numerous federal arrests, both as part of my own investigations and assisting in other investigations.

### III. SUMMARY OF PROBABLE CAUSE

4. On May 14, 2019, SOBHANI entered the Santa Barbara Social Security Administration ("SSA") office and, after an exchange with SSA employees and Protective Security Officer ("Security Officer") F.Z., punched Security Officer F.Z. in the head.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A. SOBHANI Enters the SSA Office, From Which He Was Previously Banned, and Punches Security Officer F.Z.**

6. On or about March 17, 2016, the Santa Barbara SSA banned SOBHANI from entering the facility for making implied threats directed towards SSA personnel.

7. I have interviewed Security Officer F.Z. and an SSA supervisor and learned the following. On or about May 14, 2019, SOBHANI entered the Santa Barbara SSA. Security Officer F.Z. and the SSA supervisor advised SOBHANI that he was prohibited from

entering the Santa Barbara SSA and asked SOBHANI to leave. SOBHANI refused to leave and loudly said obscenities in the SSA office.

8. SOBHANI made a statement to the SSA supervisor that the supervisor would not see retirement age, which caused the supervisor to fear for his safety. Security Officer F.Z. decided to detain SOBHANI until the Santa Barbara police could arrive. SOBHANI approached Security Officer F.Z., and Security Officer F.Z. grabbed SOBHANI's right hand and left shoulder to attempt to place SOBHANI in handcuffs. SOBHANI resisted and, following a struggle, SOBHANI swung and struck Security Officer F.Z. in the head with a closed fist.

9. I have also interviewed A.P., who was at the Santa Barbara SSA office on May 14, 2019. A.P. said that she saw SOBHANI and Security Officer F.Z. on the ground during the altercation. According to Security Officer F.Z. and an SSA employee, SOBHANI and Security Officer F.Z. remained standing during the altercation.

10. SOBHANI then left the SSA and drove away.

**B.   SOBHANI's Statements**

11. On or about May 20, 2019, I interviewed SOBHANI at his apartment with other law enforcement officers. After identifying myself and informing SOBHANI of the purpose of the interview, SOBHANI provided the following information:

    a. SOBHANI admitted to going to the Santa Barbara SSA on or about May 14, 2019, despite knowing that he was not authorized to enter the Santa Barbara SSA. SOBHANI said that he went to the Santa Barbara SSA in response to receiving a letter from the SB Housing Authority. SOBHANI acknowledged that Security

Officer F.Z. and an SSA Supervisor informed him that he was not allowed to enter the Santa Barbara SSA, and asked SOBHANI to leave.

      b.    SOBHANI admitted to engaging in a verbal altercation with the SSA Supervisor.

      c.    SOBHANI also admitted that he punched Security Officer F.Z. SOBHANI said the reasons he punched Security Officer F.Z. was because he was frustrated with having to move out of his apartment, the level of service provided by the Santa Barbara SSA, that Security Officer F.Z. attempted to detain him, being treated poorly, not wanting to wait for the police to arrive, and because he had supposedly seen the Security Officer F.Z. wrestling with three other SSA claimants during previous visits to the SSA office.

    **C.**    **SOBHANI Calls the Office of United States Congressman Salud Carbajal**

    12.    On or about June 7, 2019, received an email from the office of United States Congressman Salud Carbajal. According to the email, Shawn SOBHANI called the office of Congressman Salud Carbajal. The caller said that he was evicted and that the SSA had not sent to him the letter that he requested. The caller referenced something "big" happening later, mentioned potentially being arrested, and mentioned buying a Colt .45.

    13.    On June 7, 2019, I spoke to the individual, J.E. at Congressman Carbajal's office who received the call referenced in the email. J.E. stated that he recognized SOBHANI's voice from previous conversations and recognized his phone number on the caller ID. J.E. stated that SOBHANI complained about SSA. J.E. stated that he initially believed that SOBHANI's reference

to a Colt .45 was in reference to an alcoholic drink, but that later in the conversation SOBHANI implied he had intentions of purchasing a firearm. As of the filing of this Complaint, I have not independently verified that the caller was SOBHANI.

## V. CONCLUSION

14. For all of the reasons described above, there is probable cause to believe that SOBHANI has committed a violation of 18 U.S.C. § 111: Assault on a Federal Official/Employee.

GEORGE CHAPMAN,
Special Agent, DHS/FPS

Subscribed to and sworn before me this 7th day of June, 2019.

UNITED STATES MAGISTRATE JUDGE